122 A.3d 989

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL CAWLEY, DEFENDANT–PETITIONER.

October 9, 2015.

It is ORDERED that the petition for certification is granted limited to the issues of whether the DNA evidence was properly admitted under the inevitable discovery doctrine and whether it was permissible for the prosecutor to use for impeachment purposes defendant's prior statements that were secured in violation of defendant's constitutional rights.